STEVEN G. ROSALES
ATTORNEY AT LAW:  222224
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA  90670-4756
TEL: 562/868-5886
FAX: 562/868-5491
Email:  steven_rohlfing.office@speakeasy.net

Attorney for GENE Y. VANGYI

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GENE Y. VANGYI, | ) No.  1:08-CV-01331 SMS |
| Plaintiff, | ) STIPULATION TO DISMISSAL ; |
| v. | ) ORDER |
| MICHAEL J. ASTRUE<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

The parties, through their undersigned counsel of record, HEREBY STIPULATE, subject to the approval of the Court, to a dismissal of the above-captioned matter, pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear his/her own costs and expenses.

///

///

///

///

///

-1-

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | DATED: May 20, 2009 | LAW OFFICES OF LAWRENCE D. ROHLFING |
| 2 | | |
| 3 | | */s/ - Steven G. Rosales* |
| 4 | | _____ |
| | | Steven G. Rosales |
| 5 | | Attorney for GENE Y. VANGYI |

DATED: June 3, 2009                McGREGOR W. SCOTT
                                   United States Attorney



*Sarah Lynn Ryan
_____
Sarah Lynn Ryan by Leo Montenegro
SPECIAL ASSISTANT AUSA
Attorney for Defendant
[*By via email authorization on 6/3/09]

PDF created with pdfFactory trial version www.pdffactory.com

Case 1:08-cv-01331-SMS   Document 18   Filed 06/05/09   Page 3 of 3

IT IS HEREBY ORDERED, based on the stipulation by and between the parties, through their respective counsel, that the court dismisses the above matter without prejudice. Each side to bear his/her own costs and expenses, including but not limited to attorney's fees.

IT IS SO ORDERED.

DATE:   June 4, 2009

    /s/ Sandra M. Snyder
THE HONORABLE SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE

-3-

PDF created with pdfFactory trial version www.pdffactory.com